E-FILED
Friday, 16 April, 2021 05:17:15 PM
Clerk, U.S. District Court, ILCD

FILED

APR 1 6 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## UNITED STATES DISTRICT COURT
### for the Central District of Illinois

)
)
)
)
Plaintiff, )
Marcus )
Simms )    Case No. 21- 3091
)
v. )
)
Defendant(s), )
Illinois Army national Guard

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.    PARTIES

**Plaintiff:**

A.    Plaintiff, a citizen of __Michigan__ (state), who resides at __233 Delaware ave APT2, muskegon, mi__ alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant __Mary Dixon__ is employed as a
(a) (Name of First Defendant)
__Chief of Administrative services__
(b) (Position/Title)
with __Illinois Army national Guard__ __1301 N macArthur__
(c) (Employer's Name and Address)    __Blvd springfield,__
__IL 62702__

1

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.    Defendant ___Connie Christianson___ is employed as a
___Management Analyst___
(a) (Name of Second Defendant)
with___Illinois National Guard 1301 N. MacArthur Blv.___
Springfield IL 6
(b) (Position/Title)
(c) (Employer's Name and Address)
62702

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.    Defendant ___Jason Benhart___ is employed as a
                    (a) (Name of Third Defendant)

___Assistant Inspector General___
                    (b) (Position/Title)

with ___Illinois Army National Guard 1301 N. MacArthur
                    (c) ) (Employer's Name and Address)
Blvd Springfield IL___

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☐    ☑ No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.    Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.    Date of Filing:

    3.    Case Number:

    4.    Jurisdiction/Court:

    5.    Name of Judge:

    6    Issues Raised:

    7.    Disposition of Case (for example:    Was the case dismissed?    Was it appealed?    Is it still pending?):

    8.    Date of Final Disposition:

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about __03-04-2021__ (month, day, year), at approximately __2:57 PM__ ☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of) __Sangamon County__, in the County of __Sangamon County__, in the State of Illinois, at __1201 N. MacArthur Blvd Springfield, IL__ where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐ searched plaintiff or his property without a warrant and without reasonable cause;

☐ used excessive force upon plaintiff;

☑ failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐ failed to provide plaintiff with necessary medical care;

☐ conspired together to violate one or more of plaintiff's civil rights;

☐ other *(please explain)*: _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically:

_____

_____

3. The criminal proceedings *(check the box that applies)*:

☐ are still pending.
☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐ resulted in a finding of guilty on one or more of the charges.
☐ other:_____

_____

_____

5

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth __each__ claim in a __separate__ paragraph.*

1. On or about $\underline{03 - 04 - 2021}$ (month, day, year), at approximately $\underline{2:57\ PM}$
☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of)
$\underline{Sangamon\ County}$, in the County of
$\underline{Sangamon\ County}$, in the State of Illinois, at
$\underline{1301\ N.\ MacArthur\ Blvd\ Springfield,\ IL}$

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐    searched plaintiff or his property without a warrant and without reasonable cause;

☐    used excessive force upon plaintiff;

☑    failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐    failed to provide plaintiff with necessary medical care;

☐    conspired together to violate one or more of plaintiff's civil rights;

☐    other *(please explain)*: _____

_____

_____

2. Plaintiff was charged with one or more crimes, specifically:

_____

_____

3. The criminal proceedings *(check the box that applies)*:

☐    are still pending.
☐    were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐    resulted in a finding of guilty on one or more of the charges.
☐    other:_____

_____

_____

5

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I Myself Marcus Simms G3 SPC. Simms is Requesting All documents about an incident That Occured on 05-06-2017 in marseilles, Illinois AT Illinois national Guard marseilles Armory. That Happened where I myself marcus Simms was Choked and told to die three Times By sergeant Jacob Town weaver. I want All Records of Incident That include records, written Statement, Personal Statement, Recordings, Video Recording And witness Statements.

I also want a Personal Statement from Jacob Town weaver About This incident. File number is NIL170100. I Requested A FOIA Request from Illinois national Guard Bureau.

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:
    Plaintiff suffered mental Breakdown. The Plaintiff has PTSd.

7.  Plaintiff asks that this case be tried by a jury.   ☑ Yes     □ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ *15,000,000* to compensate for *(check all that apply)*:

   ☑ bodily harm
   ☑ emotional harm
   ☑ pain and suffering
   ☑ loss of income
   ☑ loss of enjoyment of life
   ☐ property damage

2. Punitive Damages:      ☑ Yes      ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _04-11-2021_

Signature of Plaintiff: _Marcus_

Plaintiff's Name *(print clearly or type)*: _Marcus Simms_

Mailing Address: _233 Delaware Ave APT 2_

City: _Muskegon_       State: _MI_       Zip: _49442_

Plaintiff's Telephone Number: (_231_) _343-4394_

7

EXOMPT

**Subject**   FW: [Non-DoD Source] Redo Of
Foia Request (UNCLASSIFIED)

**From**   Dixon, Mary L CSM USARMY NG
ILARNG (USA)
<mary.l.dixon.mil@mail.mil>

**To:**   marcussimms622@yahoo.com
<marcussimms622@yahoo.com>

**Cc:**   Christianson, Connie L SFC
USARMY NG ILARNG (USA)
<connie.l.christianson.mil@mail.mil>

**Date**   Today at 10:25 AM

Mr. Simms,

We are trying to determine the issue, because this
office has not denied the request or a fee waiver (I
don't believe you even requested a fee waiver). This
is still an active FOIA request. There is no need to
appeal because there has been no denial.

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W  217.761.1746
C  217.473.9720
mary.l.dixon.mil@mail.mil

**From:** Christianson, Connie L SFC USARMY NG
ILARNG (USA) <connie.l.christianson.mil@mail.mil>
**Sent:** Tuesday, April 6, 2021 8:40 AM
**To:** Dixon, Mary L CSM USARMY NG ILARNG
(USA) <mary.l.dixon.mil@mail.mil>
**Subject:** FW: [Non-DoD Source] Redo Of Foia
Request (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Is an appeal allowed?

EXEMPT

**Subject**    Re: [Non-DoD Source] Redo Of
Foia Request (UNCLASSIFIED)

**From**    Marcus Simms
<marcussimms622@yahoo.com>

**To:**    Dixon, Mary L CSM USARMY NG
ILARNG (USA)
<mary.l.dixon.mil@mail.mil>

**Date**    Today at 10:34 AM

It's been past 20 days I'm putting my appeal in
and it stands Ma'am So from Saturday it's 60 days
until I get a response about my foia request.


Sent from Yahoo Mail for iPad


View more

mary.l.dixon.mil@mail.mil

EX6MNOT

**From:** Christianson, Connie L SFC USARMY NG
ILARNG (USA) <connie.l.christianson.mil@mail.mil>
**Sent:** Tuesday, April 6, 2021 8:40 AM
**To:** Dixon, Mary L CSM USARMY NG ILARNG
(USA) <mary.l.dixon.mil@mail.mil>
**Subject:** FW: [Non-DoD Source] Redo Of Foia
Request (UNCLASSIFIED)


CLASSIFICATION: UNCLASSIFIED


Is an appeal allowed?


**From:** Marcus Simms
<marcussimms622@yahoo.com < Caution-
mailto:marcussimms622@yahoo.com > >
**Sent:** Monday, April 5, 2021 9:52 PM
**To:** Christianson, Connie L SFC USARMY NG
ILARNG (USA)
<connie.l.christianson.mil@mail.mil < Caution-
mailto:connie.l.christianson.mil@mail.mil > >


View more



All active links contained in this email were disabled.
Please verify the identity of the sender, and confirm the
authenticity of all links contained within the message
prior to copying and pasting the address to a Web
browser.

It's been past 20 days I'm putting my appeal in and it
stands Ma'am So from Saturday it's 60 days until I get
a response about my foia request.

Sent from Yahoo Mail for iPad < Caution-
https://overview.mail.yahoo.com/?.src=iOS >

On Tuesday, April 6, 2021, 10:25 AM, Dixon, Mary L
CSM USARMY NG ILARNG (USA)
<mary.l.dixon.mil@mail.mil> wrote:

> Mr. Simms,
>
>
> We are trying to determine the issue, because this
> office has not denied the request or a fee waiver (I
> don't believe you even requested a fee waiver).
> This is still an active FOIA request.  There is no
> need to appeal because there has been no denial.
>
>
> V/R,
>
>
> Mary Dixon
>
>
> Mary L. Dixon
>
> Chief of Administrative Services
>
> Illinois Army National Guard
>
> W 217.761.1746
>
> C 217.473.9720



**Subject**   RE: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED)

**From**   Dixon, Mary L CSM USARMY NG ILARNG (USA)
<mary.l.dixon.mil@mail.mil>

**To:**   Marcus Simms
<marcussimms622@yahoo.com>

**Cc:**   Christianson, Connie L SFC USARMY NG ILARNG (USA)
<connie.l.christianson.mil@mail.mil>

**Date**   Today at 10:48 AM

Mr. Simms,

An appeal can be made once the FOIA is complete and you receive a response. At this time, there is nothing to appeal - a determination has not been made and no response has been sent to you that I know of. By law our office has 20 business days (30 calendar days) to respond. It is still in the research stage.

Did you perhaps receive correspondence from a different office denying your request?

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W 217.761.1746
C 217.473.9720
mary.l.dixon.mil@mail.mil

**From:** Marcus Simms
<marcussimms622@yahoo.com>
**Sent:** Tuesday, April 6, 2021 9:35 AM
**To:** Dixon, Mary L CSM USARMY NG ILARNG (USA)
<mary.l.dixon.mil@mail.mil>

**Subject:** Re: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED)

**From:** Marcus Simms
<<u>marcussimms622@yahoo.com</u>>
**Sent:** Monday, April 5, 2021 9:52 PM
**To:** Christianson, Connie L SFC USARMY NG
ILARNG (USA) <<u>connie.l.christianson.mil@mail.mil</u>>
**Subject:** [Non-DoD Source] Redo Of Foia Request

Marcus SImms


CLASSIFICATION: UNCLASSIFIED


 Foia request.docx

| | |
|---|---|
| **Subject** | Re: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED) |
| **From** | Marcus Simms <marcussimms622@yahoo.com> |
| **To:** | Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil> |
| **Cc:** | Christianson, Connie L SFC USARMY NG ILARNG (USA) <connie.l.christianson.mil@mail.mil> |
| **Date** | Today at 2:12 PM |

EXEMPT

60 days and it started Saturday so thank you


Sent from Yahoo Mail for iPhone


View more

EX6MPT

| | |
|---|---|
| **Subject** | RE: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED) |
| **From** | Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil> |
| **To:** | Marcus Simms <marcussimms622@yahoo.com> |
| **Cc:** | Christianson, Connie L SFC USARMY NG ILARNG (USA) <connie.l.christianson.mil@mail.mil> |
| **Date** | Today at 2:09 PM |

Mr. Simms,

An appeal is something you do if your request is denied.  Your request was not denied.  It's not complete yet.

As of 30 March 2021, your request is sitting with the Department of the Army Inspector General in Washington, DC.  They are the office who can release IG inspections.  Once they responds to my request, I will contact you.

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W  217.761.1746
C  217.473.9720
mary.l.dixon.mil@mail.mil

View more

EXEMPT

Sent from Yahoo Mail for iPhone < Caution-
https://overview.mail.yahoo.com/?.src=iOS >

Sent from Yahoo Mail for iPhone < Caution-
https://overview.mail.yahoo.com/?.src=iOS >

View more



| | |
|---|---|
| **Subject** | RE: [Non-DoD Source] Fw: 04-06-2021 |
| **From** | Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil> |
| **To:** | Marcus Simms <marcussimms622@yahoo.com> |
| **Cc:** | Christianson, Connie L SFC USARMY NG ILARNG (USA) <connie.l.christianson.mil@mail.mil> |
| **Date** | Today at 1:51 PM |

Mr. Simms,

Please provide the documentation you received that stated that your FOIA request was denied.

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W  217.761.1746
C  217.473.9720
mary.l.dixon.mil@mail.mil

**From:** Marcus Simms <marcussimms622@yahoo.com>
**Sent:** Tuesday, April 6, 2021 12:43 PM
**To:** Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil>
**Subject:** [Non-DoD Source] Fw: 04-06-2021

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.



Freedom of Information Appeal
Illinois Army National Guard
Attn: JFHQ-G6 (ASB)
1301 N. Macarthur Blvd
Springfield, IL 62702

Dear Sir/Madam,

This is an appeal under the Freedom of Information Act. My request was assigned the following identification number FA-21-0002 on March 4th, 2021. I received a response in a letter signed by Sergeant First Connie L. Christianson. I appeal the denial of my request.

I appeal the decision to deny my request for a waiver of fees. I believe that I am entitled to a waiver of fees. Disclosure of the documents I requested in is in the public interest because the information is likely to contribute significantly to public understanding of the operations or activities of government and is not primarily in my commercial interest.

I request that you release the withheld documents notwithstanding their exempt status. The public interest in their release outweighs the public interest in withholding them because Spc Simms as assaulted from the behind he was put in a chokehold and told to die three times by Sergeant Weaver. Spc. Simms is requesting the investigation documents about this incident.

If you need to discuss this request, I can be reached at 231-343-4394. Thank you for your consideration of this appeal.

Marcus Simms
233 Delaware ave apt 2 Muskegon, Michgian, 49442
231-343-4394

EXEMPT

Freedom of Information Appeal
Illinois Army National Guard
Attn: JFHQ-G6 (ASB)
1301 N. Macarthur Blvd
Springfield, IL 62702

Dear Sir/Madam

This is an appeal under the Freedom of Information Act. My request was assigned the following identification number FA-21-0002 on March 4th, 2021, I received a response in a letter signed by Sergeant First Connie L. Christianson. I appeal the denial of my request.

I appeal the decision to deny my request for a waiver of fees. I believe that I am entitled to a waiver of fees. Disclosure of the documents I requested in is in the public interest because the information is likely to contribute significantly to public understanding of the operations or activities of government and is not primarily in my commercial interest

I request that you release the withheld documents notwithstanding their exempt status. The public interest in their release outweighs the public interest in withholding them because Spc Simms as assaulted from the behind he was put in a chokehold and told to die three times by Sergeant Weaver. Spc Simms is requesting the investigation documents about this incident

If you need to discuss this request, I can be reached at 231-343-4394. Thank you for your consideration of this appeal

Marcus Simms
233 Delaware ave apt 2 Muskegon, Michgian, 49442
231-343-4394

**Subject**    Re: SF 180 (UNCLASSIFIED)

**From**    Marcus Simms
            <marcussimms622@yahoo.com>

**To:**    Christianson, Connie L SFC
           USARMY NG ILARNG (USA)
           <connie.l.christianson.mil@mail.mil>

**Date**    Mar 4 at 3:24 PM

I'm requesting a FOIA request, it's about an incident that occurred on 05/06/2017. Spc. Simms was assaulted put in a chokehold by sergeant weaver after working on the husky and Buffalo vehicle. Spc Simms requested a transfer from the Illinois national Guard.

Sent from Yahoo Mail for iPhone

View more

EXEMPT

**Subject**     RE: [Non-DoD Source] Redo Of
Foia Request (UNCLASSIFIED)

**From**     Dixon, Mary L CSM USARMY NG
ILARNG (USA)
<mary.l.dixon.mil@mail.mil>

EXEMPT

**To:**     Marcus Simms
<marcussimms622@yahoo.com>

**Cc:**     Christianson, Connie L SFC
USARMY NG ILARNG (USA)
<connie.l.christianson.mil@mail.mil>

**Date**     Apr 6 at 2:09 PM

Mr. Simms,

An appeal is something you do if your request is
denied.  Your request was not denied.  It's not
complete yet.

As of 30 March 2021, your request is sitting with the
Department of the Army Inspector General in
Washington, DC.  They are the office who can
release IG inspections.  Once they responds to my
request, I will contact you.

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W  217.761.1746
C  217.473.9720
mary.l.dixon.mil@mail.mil

View more

mary.l.dixon.mil@mail.mil

**From:** Christianson, Connie L SFC USARMY NG
ILARNG (USA) <connie.l.christianson.mil@mail.mil>
**Sent:** Tuesday, April 6, 2021 8:40 AM
**To:** Dixon, Mary L CSM USARMY NG ILARNG
(USA) <mary.l.dixon.mil@mail.mil>
**Subject:** FW: [Non-DoD Source] Redo Of Foia
Request (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Is an appeal allowed?

**From:** Marcus Simms
<marcussimms622@yahoo.com < Caution-
mailto:marcussimms622@yahoo.com > >
**Sent:** Monday, April 5, 2021 9:52 PM
**To:** Christianson, Connie L SFC USARMY NG
ILARNG (USA)
<connie.l.christianson.mil@mail.mil < Caution-
mailto:connie.l.christianson.mil@mail.mil > >

View more

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

It's been past 20 days I'm putting my appeal in and it stands Ma'am So from Saturday it's 60 days until I get a response about my foia request.

Sent from Yahoo Mail for iPad < Caution-https://overview.mail.yahoo.com/?.src=iOS >

On Tuesday, April 6, 2021, 10:25 AM, Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil> wrote:

Mr. Simms,

We are trying to determine the issue, because this office has not denied the request or a fee waiver (I don't believe you even requested a fee waiver). This is still an active FOIA request. There is no need to appeal because there has been no denial.

V/R,

Mary Dixon

Mary L. Dixon

Chief of Administrative Services

Illinois Army National Guard

W  217.761.1746

C  217.473.9720

| Subject | RE: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED) |
|---|---|
| From | Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil> |
| To: | Marcus Simms <marcussimms622@yahoo.com> |
| Cc: | Christianson, Connie L SFC USARMY NG ILARNG (USA) <connie.l.christianson.mil@mail.mil> |
| Date | Apr 6 at 10:48 AM |

EXEMPT

Mr. Simms,

An appeal can be made once the FOIA is complete and you receive a response. At this time, there is nothing to appeal - a determination has not been made and no response has been sent to you that I know of. By law our office has 20 business days (30 calendar days) to respond. It is still in the research stage.

Did you perhaps receive correspondence from a different office denying your request?

V/R,

Mary Dixon

Mary L. Dixon
Chief of Administrative Services
Illinois Army National Guard
W 217.761.1746
C 217.473.9720
mary.l.dixon.mil@mail.mil

**From:** Marcus Simms <marcussimms622@yahoo.com>
**Sent:** Tuesday, April 6, 2021 9:35 AM
**To:** Dixon, Mary L CSM USARMY NG ILARNG (USA) <mary.l.dixon.mil@mail.mil>

**Subject:** Re: [Non-DoD Source] Redo Of Foia Request (UNCLASSIFIED)

representative may review them. If an index is available, please provide the fee for such index, if a fee is applicable. If you can provide an index at no charge, please forward it to me at the above address.

Please contact me at the above address if you have any questions regarding this request. I can be contacted by phone at 2313434394. My e-mail address is Marcussimms622@yahoo.com.

As provided for by section 552(a)(6)(A)(i) of the Freedom of Information Act, please provide your reply within twenty (20) business days. Thank you for your prompt attention to this matter.

Sincerely,

EXEMPT

Marcus Simms

EXEMPT

Marcus Simms
233 Delaware Ave
Muskegon, Michigan 49442

April 09, 2021

U.S Army FOIA Officer
700 Army Pentagon, RM 1E132
Washington, District of Columbia 20310

Re: Freedom of Information Request

Dear Sir or Madam:

The purpose of this letter is to request information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. section 552. If this information is not available from your agency, please forward this request to the appropriate agency or advise me of the other agencies which might have this information.

Please provide me with a copy of the following items:

I myself Marcus Simms as Spc.Simms is requesting all documents about an incident that occurred on 05-06-2017 in Marseilles, Illinois at Illinois National Guard Marseilles Armory after 2:00 PM Central Time. That happened were I myself Marcus Simms was choked and put in a chokehold plus told to die three times by Sergeant Jace Tevin Weaver. I want all records of the incident that include records, written statement, personal statement, recordings , video recordings and witness statements. I also want a personal statement from Jace Tevin weaver about this incident. The file number is NIL170100 .

If any part or all of the materials are withheld under an FOIA exemption, please provide a list of the information withheld and mark any deleted sections. Please list the specific exemptions that form the basis for any deletion from a document or the complete withholding of a document.

I request that you furnish the information without any charge or at a reduced charge because the information will be used for Va Claim. Since I am requesting information for this purpose, any fee associated with the search for the requested information should be limited to the reasonable standard charges of duplication only. In any event, please provide me with an itemized statement of the applicable fees.

If search and copying fees are estimated to exceed $75.00, please contact me before proceeding with this request. To further narrow my request, I would like the opportunity to review the documents retrieved or your document index in order to select the records to be copied. Please identify the location of the documents and/or the document index so that I or my authorized